# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, et al., | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | No. 25-1076 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) ) | |

**PETITIONERS' NONBINDING STATEMENT OF ISSUES**

Pursuant to this Court's February 26, 2025 Order, Petitioners American Fuel & Petrochemical Manufacturers, American Petroleum Institute, Acetaldehyde Consortium, and Aniline Consortium hereby submit the following nonbinding statement of issues to be raised in this challenge to the U.S. Environmental Protection Agency's ("EPA's") Final Rule entitled *Certain Existing Chemicals; Request to Submit Unpublished Health and Safety Data Under the Toxic Substances Control Act (TSCA)*, 89 Fed. Reg. 100756 (Dec. 13, 2024):

1. Whether EPA acted arbitrarily, capriciously, or otherwise not in accordance with law by mandating the reporting of unpublished studies showing any measurable content of certain chemical substances and mixtures.

2. Whether EPA arbitrarily and capriciously refused to apply its decades-old reporting exemption for manufacturing or importing chemical substances or mixtures only as impurities.

3. Whether EPA arbitrarily and capriciously extended reporting requirements to importers of articles that contain the listed chemical substances and mixtures.

4. Whether EPA acted in excess of its statutory authority under TSCA Section 8(d) when promulgating the Final Rule.

5. Whether the Final Rule is arbitrary and capricious because EPA lacked an adequate scientific and factual basis to support the rule's scope.

This is a preliminary statement of the issues that Petitioners may raise. Petitioners reserve their right to modify this statement of issues, as well as to raise these and other issues.

Respectfully submitted,

| | |
|---|---|
| Richard S. Moskowitz<br>Tyler Kubik<br>AMERICAN FUEL & PETROCHEMICAL<br>MANUFACTURERS<br>1800 M Street, NW<br>Suite 900 North<br>Washington, DC 20036<br>Telephone: (202) 457-0480<br>Facsimile: (202) 457-0486<br><br>*Counsel for Petitioner American Fuel &*<br>*Petrochemical Manufacturers* | /s/ David Y. Chung<br>David Y. Chung<br>Warren Lehrenbaum<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>dchung@crowell.com<br><br>*Counsel for Petitioners* |

Lynn L. Bergeson
Kelly N. Garson
BERGESON & CAMPBELL, P.C.
2200 Pennsylvania Ave., N.W.
Suite 100W
Washington, DC 20037
Telephone: (202) 557-3801
Facsimile: (202) 557-3836
lbergeson@lawbc.com

*Counsel for Petitioners Acetaldehyde Consortium and Aniline Consortium*

Dated: March 28, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 28, 2025, I caused the foregoing to be filed electronically with the Clerk of the United States Court of Appeals for the District of Columbia Circuit through the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ David Y. Chung
David Y. Chung