IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; AMERICAN PETROLEUM INSTITUTE; ACETALDEHYDE CONSORTIUM; and ANILINE CONSORTIUM, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 25-1076 |

**JOINT MOTION FOR TEMPORARY ABEYANCE**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Petitioners American Fuel & Petrochemical Manufacturers, American Petroleum Institute, Acetaldehyde Consortium, and Aniline Consortium and Respondent United States Environmental Protection Agency ("EPA") hereby move this Court to hold this case in abeyance for 90 days to allow the parties to engage in settlement negotiations to resolve some or all of the matters at issue in these proceedings. In support of this motion, the parties state as follows.

1. Pending before the Court is Petitioners' challenge of a final EPA rule entitled *Certain Existing Chemicals; Request to Submit Unpublished Health and*

1

*Safety Data Under the Toxic Substances Control Act (TSCA)*, published at 89 Fed. Reg. 100756 (Dec. 13, 2024) ("Final Rule").

2. Petitioners filed their petition for review on February 25, 2025. In accordance with this Court's February 26, 2025, Order (Doc. #2102928), Petitioners filed their initial submissions in this case on March 28, 2025. Shortly thereafter, EPA filed the certified index to the record on April 14, 2025. The parties did not file any dispositive motions. The Court set a briefing schedule on April 24, 2025. Doc. No. #2112631. Under that schedule, Petitioners' brief is due on June 3, 2025; EPA's brief is due on July 3, 2025; and Petitioners' reply brief is due on July 24, 2025. *Id.*

3. Petitioners have initiated discussions with EPA concerning the issues that Petitioners plan to raise in this case. Those discussions could lead to EPA taking further action on the Final Rule that renders judicial review of the Final Rule moot.

4. The parties move the Court to hold this case in abeyance for 90 days to allow the parties to pursue further settlement discussions. Good cause exists to grant this request, as EPA could ultimately take action that moots or significantly narrows the issues that Petitioners have raised in this litigation after the conclusion of pending discussions between the parties. Holding the litigation in abeyance will promote judicial efficiency and could spare the Court's and parties' resources. Further, it is commonplace for the Court to grant a temporary abeyance following a change in administration to allow an agency to revisit and reconsider rules issued by the prior

administration. *E.g.*, *Utah v. EPA, et al.*, Nos. 23-1157, et al., Doc. #2111018 (filed Apr. 14, 2025) (removing cases from April 25, 2025, oral argument calendar and holding cases in abeyance); *Cal. Cmtys. Against Toxics v. EPA*, Nos. 24-1178, et al., Doc. #2108836 (filed Apr. 1, 2025) (removing cases from April 15, 2025, oral argument calendar and granting renewed motion to hold cases in abeyance).

5. The requested 90-day abeyance will not result in any prejudice. This case remains in its earliest stages, and no merits briefs have been filed yet. If the parties are unable to resolve the issues raised in this case, they reserve the right to move the Court to lift the abeyance prior to the end of the requested 90-day period and to set a new briefing schedule.

For these reasons, the parties respectfully request that this Court grant this motion and hold this case in abeyance for 90 days, with motions to govern due at the end of that period.

Dated: April 29, 2025

Respectfully submitted,

| | |
|---|---|
| s/ Kristen Sarna | s/ David Y. Chung |
| Kristen Sarna | David Y. Chung |
| Department of Justice | Warren Lehrenbaum |
| Environmental Defense Section | Crowell & Moring LLP |
| P.O. Box 7611 | 1001 Pennsylvania Ave., N.W. |
| Washington, D.C. 20044 | Washington, DC 20004 |
| Telephone: (202) 514-0375 | Telephone: (202) 624-2500 |
| Facsimile: (202) 514-8865 | Facsimile: (202) 628-5116 |
| kristen.sarna@usdoj.gov | dchung@crowell.com |

| *Counsel for Respondent* | *Counsel for Petitioners* |
|---|---|
| | Richard S. Moskowitz |
| | Tyler Kubik |
| | AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS |
| | 1800 M Street, NW |
| | Suite 900 North |
| | Washington, DC 20036 |
| | Telephone: (202) 457-0480 |
| | Facsimile: (202) 457-0486 |
| | |
| | *Counsel for Petitioner American Fuel & Petrochemical Manufacturers* |
| | |
| | Lynn L. Bergeson |
| | Bergeson & Campbell, P.C. |
| | 2200 Pennsylvania Ave., N.W. |
| | Suite 100W |
| | Washington, DC 20037 |
| | Telephone: (202) 557-3801 |
| | Facsimile: (202) 557-3836 |
| | lbergeson@lawbc.com |
| | |
| | *Counsel for Petitioners Acetaldehyde Consortium and Aniline Consortium* |

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 536 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Times New Roman font.

*/s/ David Y. Chung*
David Y. Chung

DATED: April 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing motion through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

*/s/ David Y. Chung*
David Y. Chung

DATED: April 29, 2025