# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1076**                              **September Term, 2024**

EPA-89FR100756

Filed On: April 30, 2025 [2113771]

American Fuel & Petrochemical Manufacturers, et al.,

        Petitioners

    v.

Environmental Protection Agency,

        Respondent

## O R D E R

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case by July 29, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                              BY:    /s/
                                         Michael C. McGrail
                                         Deputy Clerk